Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Andrew Weiner, Esq. (admitted pro hac vice)
WEINER & SAND LLC
800 Battery Avenue SE, Suite 100
Atlanta, GA  30339
(404) 254-0842
(866) 800-1482 Fax
aw@wsjustice.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **RUSSELL T. PERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 2:22-CV-00848-APG-BNW** |
| ) | |
| **FIVE DIAMOND SCREENING,** ) | **MOTION TO WITHDRAW AS COUNSEL** |
| **LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Counsel for Plaintiff Russell T. Perry, Weiner & Sand LLC and Mitchell D. Gliner, Esq. (together, "Plaintiff's Counsel"), move for an order permitting their withdrawal as counsel in this case. Local Rule IA 11- 6(b) allows an attorney to withdraw "by leave of court after notice has been served on the affected client and opposing counsel." Further, Nevada Rule of Professional

1

Conduct 1.16 states that a lawyer may withdraw from representing a client under various circumstances, including when

>(1) Withdrawal can be accomplished without material adverse effect on the interests of the client;
>. . .
>(7) Other good cause for withdrawal exists.

As set forth in the attached declaration of counsel, there is good cause for the withdrawal of Plaintiff's Counsel.  Plaintiff has informed Plaintiff's Counsel that he wishes to no longer be represented by Plaintiff's Counsel and that he wishes to represent himself.  Declaration in Support of Motion to Withdraw as Counsel ("Weiner Decl."), ¶ 3. Further, the withdrawal of Plaintiff's Counsel at this time will not delay any pretrial proceedings, discovery, the trial, or scheduled hearings as Defendant has not yet filed its Answer in this matter and its responsive pleading to Plaintiff's Complaint is not due until August 5, 2022.  *Id.,* ¶ 4. Finally, notice of withdrawal has been provided to opposing counsel and Plaintiff.  *Id.*, ¶ 5.

DATE: June 27, 2022

By:  /s/ Andrew Weiner_____
Andrew L. Weiner (admitted pro hac vice)
WEINER & SAND LLC
800 Battery Avenue SE
Suite 100
Atlanta, GA 30339
T: 404.254.0842
F: 866.800.1482
E: aw@wsjustice.com

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102

T: 702.870.8700
F: 702.870.0034
mgliner@glinerlaw.com
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that the following document was served via electronic service and by depositing a copy of the same in the United States Mail a postage prepaid envelope addressed as follows: **MOTION TO WITHDRAW AS COUNSEL**

TO:

John Drury
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
*Attorney for Defendant*

Russell T. Perry
6825 S. 137th Plaza, #613
Omaha, NE  68137
Russellperry402@gmail.com
*Client*

Dated this 27th day of June, 2022

By: /s/ Andrew Weiner
Counsel for Plaintiff

3