Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Andrew Weiner, Esq. (admitted pro hac vice)
WEINER & SAND LLC
800 Battery Avenue SE, Suite 100
Atlanta, GA 30339
(404) 254-0842
(866) 800-1482 Fax
aw@wsjustice.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **RUSSELL T. PERRY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FIVE DIAMOND SCREENING,** ) <br> **LLC,** ) <br> ) <br> **Defendant.** ) <br> ) | **CASE NO.: 2:22-CV-00848-APG-BNW** <br><br> **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Andrew Weiner, declare as follows:

1. I am an attorney with Weiner & Sand LLC, counsel for Plaintiff Russell Perry in this matter. I make this declaration in support of Weiner & Sand LLC and Mitchell D. Gliner, Esq.'s (together, "Plaintiff's Counsel") motion to withdraw as counsel, and based on my personal knowledge.

1

2. There is good cause for the withdrawal of Plaintiff's Counsel as requested in the motion.

3. Plaintiff has informed Plaintiff's Counsel that he wishes to represent himself in this case and to no longer be represented by Plaintiff's Counsel.

4. The requested withdrawal will not delay any pretrial proceedings, discovery, the trial, or scheduled hearings, as Defendant's responsive pleading to Plaintiff's Complaint is not due until August 5, 2022.

5. Defendant and Plaintiff have been notified of Plaintiff's Counsel's pending withdrawal and will be served with a copy of the motion to withdraw after it is filed.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of June, 2022.

By: /s/ Andrew Weiner