# Russell T Perry Jr

# Self Representation Litigator

**6825 S 137TH Plaza #613**
**Omaha, Ne 68137**
**Russellperry402@gmail.com**
**Kevcash762@gmail.com**

**Russell T Perry Jr  (402) 201-5307 (531) 772-9809  Russellperry402@gmail.com Kevcash762@gmail.com**

September 26, 2022

To Whom It May Concern:

    This letter confirms that Russell T Perry Jr represent himself in connection with his lawsuit against Five Diamond Screening, LLC. The Fair Credit Reporting Act lawsuit concerns an erroneous employment background check that was run on Mr. Perry and that caused him to be denied employment.

    If you have any questions, please contact me at (402) 201-5307. Thank you.

    Respectfully,
    Russell T Perry Jr