Michael C. Mills
Nevada Bar No. 3534
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
3650 North Rancho Drive, Suite 114
Las Vegas, NV 89130
Tel: (702) 240-6060
Fax: (702) 240-4267

John W. Drury (admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Tel: (312) 460-5000
Fax: (312) 460-7000
jdrury@seyfarth.com
*Counsel for Defendant*
*Five Diamond Screening, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| RUSSELL T. PERRY, | PRO SE |
| Plaintiff, | Case No. 2:22-cv-00848-APG-BNW |
| v. | **NOTICE OF CASE RESOLUTION** |
| FIVE DIAMOND SCREENING, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Russell T. Perry and Defendant Five Diamond Screening, LLC ("Five Diamond") (collectively the "Parties"), have resolved all claims between them in this matter. The parties are in the process of completing the final case resolution documents and expect to file the appropriate dismissal papers within the next sixty (60) days. The Parties request the Court vacate all deadlines in this matter. The Parties further request that the Court retain jurisdiction for any matters related to completing and/or enforcing the Parties' agreement.

89259560v.1

| | | |
|---|---|---|
| 1 | DATED: November 21, 2022 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |
| 3 | | By: */s/ John W. Drury* |
| 4 | | John W. Drury (admitted *pro hac vice*)<br>Seyfarth Shaw LLP |
| 5 | | 233 S. Wacker Drive, Suite 8000<br>Chicago, IL  60606 |
| 6 | | Tel: (312) 460-5623<br>Fax: (312) 460-7623 |
| 7 | | *Counsel for Defendant* |
| 8 | | *Five Diamond Screening, LLC* |
| 9 | | |
| 10 | | By: */s/ Russell T. Perry*<br>Russell T. Perry |
| 11 | | 6825 S. 137th Plaza #613<br>Omaha, NE  68137 |
| 12 | | Russellperry402@gmail.com |
| 13 | | *Pro Se Plaintiff* |

- 2 -

89259560v.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this November 21, 2022, via the Court's CM/ECF system, which will send notification to all counsel of record. Additionally, this document has been served via U.S. Mail and e-mail to the Plaintiff at the following addresses:

    Russell T. Perry, Jr.
    6825 S. 137th Plaza #613
    Omaha, NE 68137
    Russellperry402@gmail.com
    *Pro Se Plaintiff*

By: /s/ *John W. Drury*
    John W. Drury
    *Attorney for Defendant*
    *Five Diamond Screening, LLC*

89259560v.1