Michael C. Mills
Nevada Bar No. 3534
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
3650 North Rancho Drive, Suite 114
Las Vegas, NV 89130
Tel: (702) 240-6060
Fax: (702) 240-4267

John W. Drury (admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Tel: (312) 460-5000
Fax: (312) 460-7000
jdrury@seyfarth.com
*Counsel for Defendant*
*Five Diamond Screening, LLC*

Russell T. Perry, Jr.
6825 S. 137th Plaza #613
Omaha, NE 68137
402-201-5307
Russellperry402@gmail.com
*Plaintiff, Pro Se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| RUSSELL T. PERRY, | **PRO SE** |
| Plaintiff, | Case No. 2:22-cv-00848-APG-BNW |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF FIVE DIAMOND SCREENING, LLC** |
| FIVE DIAMOND SCREENING, LLC, | |
| Defendant. | |

**COMES NOW,** Plaintiff, Russell T. Perry, and Defendant, Five Diamond Screening, LLC ("Five Diamond"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the above-titled action is dismissed, with prejudice. Each party will bear their own costs and attorney's fees.

89756914v.1

1  DATED: December 7, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ John W. Drury*

    Michael C. Mills
    Nevada Bar No. 3534
    Bauman Loewe Witt & Maxwell, PLLC
    3650 N. Rancho Dr., Suite #114
    Las Vegas, NV 89130
    Tel: (702) 240-6060
    Fax: (702) 240-4267

    and

    John W. Drury
    Admitted *Pro Hac Vice*
    Seyfarth Shaw LLP
    233 S. Wacker Dr., Suite 8000
    Chicago, IL 60606
    Tel: (312) 460-5000
    Fax: (312) 460-7000
    Email: jdrury@seyfarth.com

    *Counsel for Defendant*
    *Five Diamond Screening, LLC*

IT IS SO ORDERED:

Dated: December 8, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2:22-cv-00848-APG-BNW

- 2 -

89756914v.1

1  DATED:  December 7, 2022            Respectfully submitted,

2

3                                       By: */s/ Russell T. Perry, Jr.*(with consent by Plaintiff)
                                            Russell T. Perry, Jr.
4                                           6825 S. 137th Plaza #613
                                            Omaha, NE 68137
5                                           402-201-5307
                                            Russellperry402@gmail.com
6                                           *Plaintiff, Pro Se*

- 3 -

89756914v.1